1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                       EASTERN DISTRICT OF CALIFORNIA

8

9   RUDOLPH HOSKINS,                          1:10-cv-00422 GSA (PC)

10            Plaintiff,                      ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
11       vs.                                  OR PAY FILING FEE WITHIN 45 DAYS

12  THE CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND REHABILITATION,
13  et al.,

14            Defendants.
                                        /
15

16        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

17  1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

18  pauperis pursuant to 28 U.S.C. § 1915.

19        Accordingly, IT IS HEREBY ORDERED that:

20        1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma

21  pauperis.

22        2.    Within forty-five (45) days of the date of service of this order, plaintiff shall submit

23  the attached application to proceed in forma pauperis, completed and signed, or in the alternative,

24  pay the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

25  **showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

26

27        IT IS SO ORDERED.

28        **Dated:    March 15, 2010**              _____ **/s/ Gary S. Austin** _____

                                      -1-

1                                       UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28