IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH HOSKINS,<br><br>         Plaintiff,<br>   vs.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,<br><br>         Defendants.<br>_____/ | 1:10-cv-00422-GSA (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include the required original signature of an authorized officer at the institution of incarceration on the second page of the application.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with a certified copy of an inmate trust account statement signed by an authorized officer, or in the alternative, pay the $350.00 filing fee for this action.

///

///

1 | **Failure to comply with this order will result in dismissal of this action.**

3 | IT IS SO ORDERED.

4 | Dated: **March 29, 2010**        /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

-2-